**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Darrell W. SAMUEL, Defendant–
Appellant.**

**No. 00–7067.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2000.

Decided Jan. 8, 2001.

Darrell W. Samuel, pro se. Beth Drake, Assistant United States Attorney, Columbia, SC, for appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Darrell W. Samuel seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.* *United States v. Samuel,* No. CR–94–773 (D.S.C. June 1, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* Samuel filed timely objections to the magistrate judge's report. He raised specific objections to four of the claims asserted in his § 2255 motion and supplements to the motion. Samuel has waived appellate review of the claims for which no objections were noted. *See Crum v. Sullivan,* 921 F.2d 642, 645 (6th Cir.1990); *Praylow v. Martin,* 761 F.2d 179, 181 n. 1 (4th Cir.1985) (party precluded

from raising issue on appeal when no objections filed as to that issue).